JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com
Attorney for Plaintiff Diana Van Bree

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\*\*\*

| | |
|---|---|
| Diana Van Bree, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:22-cv-01038-MMD-BNW |
| Frank Kendall III, Secretary, United States Air Force | ) **STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATED PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| Defendant. | ) [FIRST REQUEST] |

THE PARTIES, by and through their undersigned parties hereby stipulate and request the court's approval to extend the time to file a proposed Stipulated Discovery Plan and Scheduling Order from the current due date of December 22, 2022 through and including **January 12, 2023**.

The reason for this extension is so that the parties may continue to discuss the potential consolidation of this case with the *Van Bree vs. JT4, LLC* case, No. 2:20-cv-00788-RFB-VCF which involves similar legal and factual issues. If the cases are consolidated under FRCP 42 and LR 42-1 the need for a Discovery Plan and Scheduling Order in this case may become unnecessary. Additionally, Plaintiff's counsel is out of the country during the holiday season and will not return until January 4, 2023.

///

///

///

1

1  This stipulation to extend time to file a proposed Stipulated Discovery Plan and

2  Scheduling Order is sought for good cause and not for purposes of delay.

| /s/ James P. Kemp | /s/ Skyler H. Pearson, Esq. |
|---|---|
| James P. Kemp, Esq. | Jason M. Frierson, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | United States Attorney |
| 7435 West Azure Drive, Suite 110 | Skyler H. Pearson, Esq. |
| Las Vegas, NV 89130 | Assistant United States Attorney |
| (702) 258-1183/ 258-6983 fax | District of Nevada |
| Attorney for Plaintiff | 501 Las Vegas Blvd. So., Suite 1100 |
| Diana Van Bree | Las Vegas, Nevada 89101 |
|  | (702) 388-6336 / |
|  | Attorneys for Defendant |
|  | Frank Kendall III |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 27, 2022